IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **BRIDGET ANN MOORE,** : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | CASE NO. 5:10-CV-300 (HL) |
| : | |
| : | |
| **MICHAEL J. ASTRUE, et al,** : | |
| : | |
| Defendants : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 18) filed September 8, 2011 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The Objection of the plaintiff to the Magistrate Judge's Recommendation (Doc. 19) filed September 21, 2011 has also been read and thoroughly considered and is found to be without merit.

**SO ORDERED,** this the 26th day of September, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge**
**United States District Court**